# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KATHRYN F. LEIGHT AND JOHN L. LEIGHT, HER HUSBAND,

           Petitioners

      v.

UNIVERSITY OF PITTSBURGH PHYSICIANS, UPMC, UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, SUSAN SHICK, AND PHILLIP L. CLARK, ADMINISTRATOR OF THE ESTATE OF JOHN F. SHICK, DECEASED,

           Respondents

: No. 29 WAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Under the Mental Health Procedures Act, 50 P.S. [§]§ 7101[-7503], as interpreted by this Court in *Goryeb v. Com. Dept. of Public Welfare*, 575 A.2d 545 (Pa. 1990), can physicians who recognize that their patient is severely mentally ill and a clear and present danger to others, decide that he requires emergency involuntary examination under Section 302 of the Act, take affirmative steps to cause the examination to occur, but then grossly negligently fail to complete the process, be liable for injuries caused when their dangerous, mentally ill patient then engages in a mass shooting incident?